1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

IGNACIO GONZALES,

                                    Petitioner,

            vs.

D. OLLISON, Warden, et al.,

                                    Respondents.

Civil No.    07-2214 LAB (AJB)

**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

        Petitioner is a state prisoner proceeding pro se with a habeas corpus action filed pursuant to 28 U.S.C.A. § 2254 (West Supp. 2005).  Petitioner has not paid the $5.00 filing fee and has not filed a motion to proceed in forma pauperis.  Upon reviewing the petition, the Court finds that this case should be transferred in the interest of justice.  Thus, this Court does not rule on Petitioner's in forma pauperis status.

        A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which the disciplinary hearing which he is challenging was held.  *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973).  Petitioner is presently confined at Ironwood State Prison, located in Riverside County, which is within the jurisdictional boundaries of the United States District Court for the Central District of California, Eastern Division.  *See* 28 U.S.C. § 84(c)(1).  Petitioner's disciplinary hearing also took place at

1  Ironwood State Prison.  Thus, jurisdiction exists solely in the Central District, and not in the

2  Southern District.

3      Although this Court does not have jurisdiction over the action, "[u]nder a provision of

4  the Federal Courts Improvement Act, 28 U.S.C. § 1631, if a court finds that there is a want of

5  jurisdiction the court shall transfer the action to any other such court in which the action could

6  have been brought 'if it is in the interest of justice.'" *Miller v. Hambrick*, 905 F.2d 259, 262 (9th

7  Cir. 1990) (citing *In re McCauley*, 814 F.2d 1350, 1351-52 (9th Cir. 1987)).  The Ninth Circuit

8  has held that transferring a habeas corpus proceeding to a district with proper jurisdiction will

9  be in the interest of justice because normally dismissal of an action that could be brought

10  elsewhere is "time-consuming and justice-defeating."  *Miller*, 905 F.2d at 262 (quoting

11  *Goldlawr, Inc. v. Heiman*, 369 U.S. 463, 467 (1962).  Therefore, pursuant to 28 U.S.C. § 1631,

12  this Court may transfer this proceeding to a district with proper jurisdiction under 28 U.S.C.

13  § 2241(d).

14      When a habeas petitioner is challenging a prison disciplinary hearing, the district court

15  of the district in which the hearing took place is a more convenient forum because of the

16  accessibility of evidence, records and witnesses.  Thus, it is generally the practice of the district

17  courts in California to transfer habeas actions questioning prison disciplinary hearings to the

18  district in which the hearing took place.  Any and all records, witnesses and evidence necessary

19  for the resolution of Petitioner's contentions are more readily available in Riverside County.  *See*

20  *Braden*, 410 U.S. at 497, 499 n.15 (stating that a court can, of course, transfer habeas cases to

21  the district of conviction which is ordinarily a more convenient forum).  Therefore, in the

22  furtherance of justice,

23      **IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States

24  District Court for the Central District of California, Eastern Division.  *See* 28 U.S.C. § 2241(d).

25  / / /

26  / / /

27  / / /

28  / / /

1       **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order

2  upon Petitioner and upon the California Attorney General.

3  DATED:  November 26, 2007

4

5  **HONORABLE LARRY ALAN BURNS**
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28